UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v | § | CRIMINAL NO. C-05-33 |
| | § | |
| ROLANDO HERRERA | § | |

## ORDER

After consideration of the Government's Motion to Substitute Counsel for the

government in the above-styled and numbered cause, it is hereby

ORDERED that Assistant United States Attorney Julie K. Hampton is substituted as

counsel for the government in place of Assistant United States Attorney Jon Muschenheim.

SIGNED on this _2nd_ day of ~~September~~ Dec, 2009.

_____

UNITED STATES DISTRICT JUDGE